**STATE of Missouri, Respondent,**

v.

**Bruce COX, Appellant.**

**WD 41177.**

Missouri Court of Appeals,
Western District.

Aug. 8, 1989.

Motion for Rehearing and/or Transfer to Supreme Court Denied Oct. 3, 1989.

Application to Transfer Denied
Nov. 14, 1989.

---

Jan King, Jefferson City, for appellant.

Randall B. Johnston, Fulton, for respondent.

Before CLARK, P.J., and LOWENSTEIN and BERREY, JJ.

ORDER

PER CURIAM.

Appeal from jury trial and conviction of illegal possession of wildlife and a fine of $100.00.

Judgment affirmed. Rule 30.25(b).